IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **INSPECTOR CLARA I. ROSA RIVERA,** et al.<br><br>**Plaintiff,**<br>vs.<br><br>**MUNICIPALITY OF SAN JUAN, et al.,**<br><br>**Defendants.** | Case No. 16-1465 (JAG-MEL) |

**OPPOSITION TO MOTION SEEKING EXTENSION OF TIME BEYOND THE TIME AGREED UPON ON <u>MAY 16TH</u>**

**TO THE HONORABLE COURT:**

**COME NOW** the Plaintiffs and very respectfully state and pray:

1. On May 16, 2022, the parties reached a settlement agreement in this case based on a number of basic tenets: the settlement amount; the division of the payments; and the date of the payment.

2. One of those tenets was a September 30, 2022 payment.

3. The director of the legal division of the Municipality of San Juan presented that date as an element of the settlement proposal. *See* Exhibit 1, the legal director's redacted notes with the September 30, 2022 payment date.

4. Plaintiffs agreed to it.

5. When Defendants requested an earlier extension, we agreed solely because Defendants' counsel agreed that the payment date would not change.

6. Counsel for the municipality in this case did not have the resolution presented to the San Juan City Council until August 3, 2022. There is little doubt that the resolution will

1

be approved because 14 of the 17 council members joined in its presentation. *See* Exhibit, copy of the resolution. [If the Court requires a translation, Plaintiffs ask that Defendants pay for it given that they alone have caused this snafu.]

7. By contrast, counsel in the other case settled on May 16, 2022 [18-1558 (RAM] presented the resolution approving the settlement in that case to the City Council in June 2022, and we will be filing the final settlement agreement in that case *today* with payment made on September 30, 2022, as agreed.

8. If counsel in this case had behaved as responsibly as his colleagues, he would not have had to seek an extension of time. His request should be denied.

**WHEREFORE,** Plaintiffs very respectfully request that this Court to deny Defendants' motion for extension of time until September 30, 2022 to "inform" the Court as to the approval of the settlement agreement and order Defendants' counsel to do whatever is needed to get the resolution passed and payment made by September 30, 2022.

**I HEREBY CERTIFY THAT** I have filed this motion with the Court's ecf system, which system will notify all parties of record on this 31st day of August 2022.

Respectfully Submitted,

/s/JaneBeckerWhitaker
Jane A. Becker Whitaker
USDC 205110
Jean Paul Vissepó-Garriga
BECKER & VISSEPÓ, P.S.C.
U.S.D.C. 205510
P.O. Box 9023914
San Juan, PR 00902-3914
Tel: (787) 945-2406
Email: jbw@beckervissepo.com
Email: jp@beckervissepo.com

*/s/ J. Barton Goplerud*
J. Barton Goplerud
Andrew B. Howie
SHINDLER, ANDERSON, GOPLERUD &
WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Tel: (515) 223-4567
Fax: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: howie@sagwlaw.com

**ATTORNEYS FOR PLAINTIFFS**

3