Payment to be made as follows:

Fiscal year 2022-2023 on or before Sept 30, 2022