## SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS
## CASE NO. 1:16-1465

This Settlement Agreement and Release of Claims ("this Agreement") This Settlement Agreement and Release of Claims ("this Agreement") is made by and between the Municipality of San Juan, and Guillermo Calixto Rodriguez and Jose Caldero Lopez, in their official capacities, and their respective agents, employees, officers, directors, the Mayor of San Juan in his or her official and personal capacity, attorneys, representatives, beneficiaries, heirs, executors, administrators, predecessors, successors, and assignees (collectively "DEFENDANTS"), and the plaintiffs in the case captioned *Inspector Clara I. Rosa Rivera, Capt. Elsa Pagan Villafañe, Capt. Andres Cruz Garcia, Capt. Alberto M. Sanchez Cruz, Capt. Reinaldo Rodriguez Lucena, Capt. Ismael Rivera, Lt. Javier Torres Rosado, Lt. Jesus Montanez Rivera, Lt. Felipe Rosa Hernandez, Lt. Angel M. Figueroa Angulo, Lt. Pedro Rivera Resto, Lt. Jorge Rexach Hernandez, Lt. Manuel Rivera Gomez, Lt. Ricardo Orengo Torres, Lt. Juan Concepcion, Lt. Jose R. Delgado Moreno, Lt. Javier Saldana Robles, Lt. Adalberto Jusino Rodriguez, Lt. Edgar Ramos Rodriguez, Lt. Radames Rivera Colón, Lt. Rafael Vazquez Rosado, Lt. Sonia N. Gonzalez Cruzado, Lt. Francisco J. Garcia Claudio, Lt. Edgardo Lopez De Victoria Alomar, Lt. Carlos A. Negron Aviles, Lt. Wilberto Soto Ortiz, Lt. Eduardo Ortiz and their respective conjugal partnerships,* , (the "Plaintiffs"), Case No. 1:16-1465, pending in the United States District Court for the District of Puerto Rico (the "Lawsuit").

This Agreement is made as a compromise between the Plaintiffs and DEFENDANTS (collectively, the "Parties") for the complete, full, and final settlement of the claims, differences, and causes of action raised by Plaintiffs in the Lawsuit and claims that could have been raised in the Lawsuit.

## BACKGROUND

1. On March 17, 2016, Plaintiffs filed the Lawsuit against Municipio de San Juan, and Guillermo Calixto Rodriguez, in his official capacity in the United States District Court for the District of Puerto Rico. Plaintiffs, *inter alia*, asserted claims as a collective action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C.§201 *et seq.* and a class action pursuant to Federal Rule of Civil Procedure 23, concerning violations of the Puerto Rico Wage and Hour Laws (Puerto Rico code 29 L.P.R.A. §173, et seq.).

2. After engaging in lengthy and extensive discovery and substantial motion practice, the parties engaged in two, hours long arms-length negotiations overseen by Settlement Judge Charles Cordero and then prepared for

a session with U.S. District Magistrate Judge Marcos E. Lopez. As a result, the parties have agreed to resolve this dispute under the terms contained in this Settlement Agreement and Release of Claims.

3. DEFENDANTS denied, and continue to deny, the allegations in the Lawsuit, liability for violations of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.*, and the Puerto Rico Wage and Hour Laws (Puerto Rico Code 29 L.P.R.A. § 173, *et seq.*) nor any other applicable labor law (federal or state) and deny and continue to deny that damages are owed to the Plaintiffs under any theories of recovery alleged. Nonetheless, without admitting or conceding any liability to the Plaintiffs or any obligation to pay them damages, and to avoid the burden, expense, and uncertainty of continuing the Lawsuit, THE PARTIES have agreed to settle the Lawsuit on the terms and conditions set forth in this Agreement. Pursuant to Resolution #17, Series 2022-2023 of the Municipal Legislature of the Municipality of San Juan, Plaintiffs will file a Notice of Voluntary Dismissal with prejudice of the instant action, including any past, present or future claims related to the any allegations of the instant action.

4. The Parties recognize the outcome in the Lawsuit is uncertain and achieving a final result through litigation requires additional risk, discovery, time, and expense.

5. To determine how best to serve the interests of all of the Plaintiffs, their counsel have conducted an investigation and evaluation of the facts and law relating to the claims asserted in the Lawsuit. After balancing the benefits of settlement with the costs, risks, and delay of continued litigation, the Plaintiffs and their counsel believe the settlement as provided in this Agreement is in the best interests of all of the Plaintiffs and represents a fair, reasonable, and adequate resolution of the Lawsuit.

6. Pursuant to Resolution #17, Series 2022-2023 of the Municipal Legislature of the Municipality of San Juan of September 9, 2022 and approved by the Hon. Mayor of San Juan, the terms and conditions of said Resolution are hereby adopted by the Parties.

7. Therefore, the Parties, intending to be legally bound, and in consideration of the mutual covenants and other good and valuable consideration set forth below, agree as follows:

**AGREEMENT**

Settlement Payments: To resolve the Plaintiffs' claims made in the Lawsuit, the Parties agree that DEFENDANTS shall make the payments as set forth in this Paragraph.

1. Under this Agreement, and subject to the Court's Order approving settlement, DEFENDANTS agree to pay $300,000.00, and no more, to the Plaintiffs' counsel for the Attorneys' Fee and Cost Payment. This payment will satisfy all Attorneys' Fees and Costs to date and throughout the administration of this settlement and all litigation costs and settlement administration costs incurred.

   a. Pursuant to Resolution #17, Series 2022-2023 of the Municipal Legislature of the Municipality of San Juan of September 9, 2022 and approved by the Hon. Mayor of San Juan, the defendants will consign at the Clerk's Office of the USDC-PR. the following amounts below mentioned.

   b. The maximum total amount of the Individual Payments, and Attorneys Fee and Cost Payment shall be $2,380,000.00 (the "Settlement Sum").

   c. These payments will be made as follows:

      i. On or before September 30, 2022 the sum of $880,000.00 which represents attorneys' fees of $300,000.00 and an initial payment to Plaintiffs of $580,000.00. The payment will be consigned at the Clerk's Office of the USDC-PR on behalf of the Clerk Of The Court.

      ii. A second payment in the amount of $500,000 will be consigned during the 2023-24 fiscal year at the Clerk's Office of the USDC-PR on behalf of the Clerk Of The Court.

      iii. A third payment in the amount of $500,000 will be consigned during the 2024-25 fiscal year at the Clerk's Office of the USDC-PR on behalf of the Clerk Of The Court.

      iv. A fourth payment in the amount of $500,000 will be consigned during the 2025-26 fiscal year at the Clerk's Office of the USDC-PR on behalf of the Clerk Of The Court.

4. The defendants will consign the above mentioned amounts at the Clerk's Office of the USDC-PR. on behalf of the Clerk of the Court.

Court Approval: Plaintiffs will submit to the Court a request to the Court for Voluntary Dismissal with Prejudice, which DEFENDANTS will not oppose

**C.** Severability of Provisions: Failure of the Court to approve payment of the Individual Payments stated in this Agreement shall render the entire settlement void and unenforceable. Payments by the Clerk's office are dependent on the Court entering an order approving this settlement and release and dismissing with prejudice each and every claim asserted or which could have been asserted in this lawsuit.

**D.** Release of Claims: Each of the Plaintiffs and the Plaintiffs on behalf of themselves and their heirs, spouses, estates, executors, administrators, agents, assigns, transferees, and representatives, fully and finally release, acquit and forever discharge DEFENDANTS Municipio de San Juan, and Guillermo Calixto Rodriguez and Jose Caldero Lopez in their official capacities, and their respective predecessors, successors, parents, agents, employees, attorneys, the Hon. Mayor in his personal and official capacity, subsidiaries, affiliates, assigns, insurers, divisions, and all of their present and former directors, officers, employees, agents, shareholders, and representatives (collectively "the DEFENDANTS Releasees"), from any and all claims (present, past, future, known or unknown) causes of actions, demands, debts, obligations, damages or liability known or unknown, asserted or which have been asserted in this Lawsuit related to the payment or non-payment of wages, overtime wages, liquidated damages and penalties, including all claims, causes of actions, demands, debts, obligations, damages or liability arising under the FLSA, 29 U.S.C. §§ 201, *et seq.*, the Puerto Rico Wage and Hour Laws, (Puerto Rico Code 29 L.P.R.A. § 173, *et seq.*), and any other federal, state or commonwealth wage payment law arising from the Plaintiffs' and the Named Plaintiff's employment by DEFENDANTS. The Plaintiffs agree that except as provided for in this Agreement, they are not entitled to any further wage payments from the Defendants for the claims asserted in the Lawsuit. The Named Plaintiffs and the Opt In Plaintiffs covenant and agree not to further sue the DEFENDANTS either in any court or before any administrative agency for any claims which were asserted or which could have been asserted in the Lawsuit.

**E. No Admission of Liability:** The Parties understand and acknowledge this Agreement is the result of a compromise, and shall not be construed as an admission of liability, responsibility, or wrongdoing by

4

DEFENDANTS. DEFENDANTS expressly deny any liability, responsibility, or wrongdoing as alleged in the Lawsuit. This Settlement is the compromise of doubtful and disputed claims. The DEFENDANTS have asserted defenses to each of the claims made by the Plaintiffs and have denied any and all liability for the claims alleged. DEFENDANTS Municipio De San Juan, and Guillermo Calixto Rodriguez and Jose Caldero Lopez in their official capacities, expressly and specifically contend that they have complied at all times with the Fair Labor Standards Act, the Puerto Rico Wage and Hour Laws (Puerto Rico Code 29 L.P.R.A. § 173, *et seq.*) and any other applicable federal, state or local law or regulation governing the payment or computation of wages or overtime compensation. Notwithstanding their good faith beliefs that they are not liable for claims asserted in the Lawsuit and that they have valid defenses, DEFENDANTS and Plaintiffs enter this Settlement to obtain the conclusive and complete dismissal of the Lawsuit, to avoid the further expense and burden of defending it including the distraction and diversion of its personnel and resources, and to avoid the risk of uncertainty of outcome inherent in any litigation. This Settlement shall not be deemed to be an admission by the DEFENDANTS of any violation of any federal, state, or local law with respect to the payment of earned wages.

7: Plaintiffs will file a Motion For Voluntary Dismissal With Prejudice of the instant case # 16-1465.

Knowing and Voluntary Waiver: The Parties acknowledge and agree that, before entering into this Agreement, they have had sufficient time to consider this Agreement and consult with legal counsel of their choosing concerning its meaning. When entering into this Agreement, the Parties have not relied on any representations or warranties made by the Parties, other than the representations and warranties expressly set forth in this Agreement.

Continuing Jurisdiction: Nothing in this Agreement is intended to limit the Court's authority to retain continuing, and exclusive, jurisdiction over the Parties to this Agreement, including all of the Plaintiffs, for the purpose of the administration and enforcement of this Agreement.

Choice of Law: The enforcement of this Agreement shall be governed, and interpreted, by, and under, the laws of Puerto Rico, without regard to Puerto Rico's choice of law provisions.

Plaintiffs' Authorization: Plaintiffs and the Plaintiffs' Counsel, also warrant and represent that they are expressly authorized to take all appropriate action required, or permitted, to be taken by the Plaintiffs under this Agreement to effectuate its terms.

Amendments/Modifications: No waiver, modification, or amendment of the terms of this Agreement, whether purportedly made before, or after, the Court's approval of this Agreement, shall be valid or binding unless approved by the Court and made in writing, signed by or on behalf of all of the Parties, and then only to the extent set forth in such written waiver, modification, or amendment.

Binding Agreement: This Agreement shall be binding upon, and inure to the benefit of, the Parties, the DEFENDANT Releasees the Hon. Mayor of San Juan, attorneys, and their agents, employees, officers, directors, representatives, beneficiaries, heirs, spouses, executors, administrators, predecessors, successors, and assigns.

No Third-Party Beneficiaries or Assigns: This Agreement shall not be construed to create rights in, grant remedies to, or delegate any duty, obligation, or undertaking to any third party as a beneficiary of this Agreement. Named and Opt In Plaintiffs represent and covenant that they have not assigned or transferred to any person or entity the claims made in the Lawsuit in whole or in part.

Cooperation: The Parties acknowledge it is their intent to consummate this Agreement, and they agree to cooperate and exercise their best efforts to the extent necessary to effectuate and implement all of the terms and conditions of this Agreement.

Entire Agreement: This Agreement constitutes the entire agreement of the Parties concerning the subjects included herein pursuant to Resolution #17, Series 2022-2023 of the Municipal Legislature of the Municipality of San Juan of September 9, 2022 and approved by the Hon. Mayor of San Juan. ayor of San Juan.

Captions: The captions or headings of the sections and paragraphs of this Agreement have been inserted for convenience only and shall have no effect on the construction or interpretation of any part of this Agreement.

When Agreement Becomes Effective; Counterparts: This Agreement shall become effective upon its approval by the Court. The Parties may execute this Agreement in counterparts and execution in counterparts shall have the same force and effect as if the Parties had signed the same instrument.

Facsimile Signatures: Execution by facsimile shall be deemed effective as if executed in original.

Signatories: Each person executing this Agreement warrants and represents that such person has the authority to do so.

IN WITNESS WHEREOF, the undersigned have executed this Settlement Agreement and Release of claims.

I HAVE READ THIS SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS, AND, UNDERSTANDING ALL OF ITS TERMS, I FREELY SIGN IT ON BEHALF OF MYSELF AND THE PLAINTIFFS.

**Inspector Clara I. Rosa Rivera**

Dated this ____ day of _____, 2022.

**Capt. Elsa Pagan Villafañe**

Dated this ____ day of _____, 2022.

**Capt. Andres Cruz Garcia**

Dated this 29 day of Septiembre 2022

**Capt. Alberto M. Sanchez Cruz**

Dated this ____ day of _____, 2022

_____
Capt. Reinaldo Rodriguez Lucena

Dated this _____ day of _____, 2022

_____
Capt. Ismael Rivera

Dated this 29 day of September, 2022

_____
Lt. Javier Torres Rosado

Dated this _____ day of _____, 2022

_____
Lt. Jesus Montanez Rivera

Dated this 29 day of September, 2022

_____
Lt. Felipe Rosa Hernandez

Dated this 29 day of Sept, 2022

_____
**Lt. Angel M. Figueroa Angulo**

Dated this ___ day of _____, 2022

_____
**Lt. Pedro Rivera Resto**

Dated this 29 day of Septiembre, 2022

_____
**Lt. Jorge Rexach Hernandez**

Dated this 29 day of Sept., 2022

_____
**Lt. Manuel Rivera Gomez**

Dated this 29 day of Sept, 2022

_____
**Lt. Ricardo Orengo Torres**

Dated this 29 day of Septiembre, 2022

_____
Lt. Juan Concepcion

Dated this 29 day of Septiembre, 2022

_____
Lt. Jose R. Delgado Moreno

Dated this 29 day of Septiembre, 2022

_____
Lt. Javier Saldana Robles

Dated this 25 day of Septiemb, 2022

_____
Lt. Adalberto Jusino Rodriguez

Dated this 29 day of Septiembr, 2022

_____
Lt. Edgar Ramos Rodriguez

Dated this 29 day of Septicmbre, 2022

_____
**Lt. Radames Rivera Colón**

Dated this ___ day of _____, 2022

_____
**Lt. Rafael Vazquez Rosado**

Dated this 29 day of Syphiembre, 2022

_____
**Lt. Sonia N. Gonzalez Cruzado**

Dated this 29 day of Septiembre, 2022

_____
**Lt. Francisco J. Garcia Claudio**

Dated this 29 day of Septiembre, 2022

_____
**Lt. Edgardo Lopez De Victoria Alomar**

Dated this 29 day of Septiembre, 2022

_____
**Lt. Carlos A. Negron Aviles**

Dated this ____ day of _____, 2022

_____
**Lt. Wilberto Soto Ortiz**

Dated this 29 day of SEPTIEMBRE, 2022

_____
**Lt. Eduardo Ortiz**

Dated this 29 day of Septiembre, 2022

_____
**Lt. Jose Rivera Colon**

Dated this 29 day of Septiembre, 2022

_____
**Lt. Elliot Rodriguez Rivera**

Dated this 29 day of Septiembre, 2022

_____
Capt. Edwin Cruz Cordero

Dated this ____ day of_____, 2022

_____
Tnte. Juan J. Cordero Figueroa

Dated this ____ day of_____, 2022

_____
Capt. Francisco Cintron Medina

Dated this 29 day of September, 2022