IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Inspector Clara I. Rosa Rivera, *et al.*,

**Plaintiffs,**

v.

Municipio de San Juan, *et al.*,

**Defendants.**

CIVIL NO. 16-1465(JAG)

## JUDGMENT

Pursuant to Plaintiffs' Consent Motion for Approval of Settlement Agreement, Docket No. 340, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, October 5, 2022.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE