# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INSPECTOR CLARA I. ROSA RIVERA, CAPT. ELSA PAGAN VILLAFAÑE, CAPT. ANDRES CRUZ GARCIA, CAPT. ALBERTO M. SANCHEZ CRUZ, CAPT. REINALDO RODRIGUEZ LUCENA, CAPT. ISMAEL RIVERA, LT. JAVIER TORRES ROSADO, LT. JESUS MONTANEZ RIVERA, LT. FELIPE ROSA HERNANDEZ, LT, ANGEL M FIGUEROA ANGULO, LT. PEDRO RIVERA RESTO, LT. JORGE REXACH HERNANDEZ, LT. MANUEL RIVERA GOMEZ, LT. RICARDO ORENGO TORRES, LT. JUAN CONCEPCION, LT. JOSE R. DELGADO MORENO, LT. JAVIER SALDANA ROBLES, LT. ADALBERTO JUSINO RODRIGUEZ, LT. EDGAR RAMOS RODRIGUEZ, LT. RADAMES RIVERA COLÓN, LT. RAFAEL VAZQUEZ ROSADO, LT. SONIA N. GONZALEZ CRUZADO, LT. FRANCISCO J. GARCIA CLAUDIO, LT. EDGARDO LOPEZ DE VICTORIA ALOMAR, LT. CARLOS A. NEGRON AVILES, LT. WILBERTO SOTO ORTIZ, LT. EDUARDO ORTIZ and their respective conjugal partnerships, | Civil No.: 1:16-1465(JAG) |
| **Plaintiffs,** | |
| vs. | |
| MUNICIPIO DE SAN JUAN, GUILLERMO CALIXTO RODRIGUEZ, in his personal and official capacities, JANE DOE, and their conjugal partnership, | |
| **Defendants.** | |

## **MOTION FOR ISSUANCE OF CHECKS**

Plaintiffs, Inspector Clara I. Rosa Rivera, Capt. Elsa Pagan Villafañe, Capt. Andres Cruz Garcia, Capt. Alberto M. Sanchez Cruz, Capt. Reinaldo Rodriguez Lucena, Capt. Ismael Rivera, Lt. Javier Torres Rosado, Lt. Jesus Montanez Rivera, Lt. Felipe Rosa Hernandez, Lt, Angel M Figueroa Angulo, Lt. Pedro Rivera Resto, Lt. Jorge Rexach Hernandez, Lt. Manuel Rivera Gomez, Lt. Ricardo Orengo Torres, Lt. Juan Concepcion, Lt. Jose R. Delgado Moreno, Lt. Javier Saldana Robles, Lt. Adalberto Jusino Rodriguez, Lt. Edgar Ramos Rodriguez, Lt. Radames Rivera Colón, Lt. Rafael Vazquez Rosado, Lt. Sonia N. Gonzalez Cruzado, Lt. Francisco J. Garcia Claudio, Lt. Edgardo Lopez De Victoria Alomar, Lt. Carlos A. Negron Aviles, Lt. Wilberto Soto Ortiz, Lt. Eduardo Ortiz and their respective conjugal partnerships, ("Plaintiffs") by their attorneys, hereby ask this Honorable Court to issue the checks deposited by Defendants in this case.

1. Now that the seven working days have passed, Plaintiffs very respectfully ask that the clerk of this Court issue checks in the amounts of $580,000 and $300,000 in the name of Jane Becker Whitaker so that she can deposit them in her IOLTA account for distribution to Plaintiffs and to her co-counsel.

WHEREFORE, Plaintiffs respectfully request the Court grant this Motion and enter an Order that the clerk issue the checks as described above.

Dated: October 14, 2022                     Respectfully submitted,

**BECKER & VISEPPÓ, PSC**
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914
Telephone: 787-585-3824
jbw@beckervissepo.com
janebeckerwhitaker@gmail.com


/S/ JANE BECKER WHITAKER
**JANE BECKER WHITAKER**

**USDCPR BAR NUMBER 205110**

/S/ JEAN PAUL VISEPPÓ
USDCPR BAR NUMBER 221504
jpv@beckervissepo.com
jp@vissepolaw.com

/S/ J. BARTON GOPLERUD
J. Barton Goplerud
HUDSON, MALLANEY, SHINDLER
& ANDERSON, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone:	(515) 223-4567
Facsimile:	(515) 223-8887
Email:	jbgoplerud@hudsonlaw.net

**ATTORNEYS FOR PLAINTIFFS**