# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INSPECTOR CLARA I. ROSA RIVERA, CAPT. SANDRA HERNANDEZ COLÓN, CAPT. ELSA PAGAN VILLAFAÑE, CAPT. ANDRES CRUZ GARCIA, CAPT. ALBERTO M. SANCHEZ CRUZ, CAPT. REINALDO RODRIGUEZ LUCENA, CAPT. ISMAEL RIVERA, LT. JAVIER TORRES ROSADO, LT. JESUS MONTAÑEZ RIVERA, LT. FELIPE ROSA HERNANDEZ, LT. ANGEL M. FIGUEROA ANGULO, LT. PEDRO RIVERA RESTO, LT. JORGE REXACH HERNANDEZ, LT. MANUEL RIVERA GOMEZ, LT. RICARDO ORENGO TORRES, LT. JUAN CONCEPCION, LT. JOSE R. DELGADO MORENO, LT. JAVIER SALDAÑA ROBLES, LT. ADALBERTO JUSINO RODRIGUEZ, LT. EDGAR RAMOS RODRIGUEZ, LT. RADAMES RIVERA COLÓN, LT. RAFAEL VAZQUEZ ROSADO, LT. SONIA N. GONZALEZ CRUZADO, LT. FRANCISCO J. GARCIA CLAUDIO, LT. EDGARDO LOPEZ DE VICTORIA ALOMAR, LT. CARLOS A. NEGRON AVILES, LT. WILBERTO SOTO ORTIZ, LT. EDUARDO ORTIZ and their respective conjugal partnerships, | Case No. 1:16-1465 (JAG) |
| **Plaintiffs,** | |
| v. | |
| MUNICIPIO DE SAN JUAN, GUILLERMO CALIXTO RODRIGUEZ, in his official capacity, | |
| **Defendants.** | |

1

## MOTION REQUESTING THAT CHECK BE ISSUED

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiffs and respectfully state and pray:

1. Pursuant to the terms of a settlement agreement among the parties, Defendants have deposited a check with this Honorable Court. Once the funds are available, Plaintiffs very respectfully ask this Court to issue a check in the name of Jane Becker Whitaker, Cuenta de Fondos CIFAA.

**WHEREFORE,** plaintiffs very respectfully ask this Honorable Court to issue a check in the amount deposited in Court in the name of Jane Becker Whitaker, Cuenta de Fondos CIFAA.

**RESPECTFULLY SUBMITTED**

This 13th day of September 2023 in San Juan, Puerto Rico.

**WE HEREBY CERTIFY** that we have filed this Motion with the ECF system, which system has notified all counsel of record.

Respectfully Submitted,

/s/Jane Becker Whitaker
**Jane A. Becker Whitaker**
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914
Tel: (787) 585-3824
Email: janebeckerwhitaker@gmail.com
         janebeckerwhitaker@yahoo.com

/s/Jean Paul Vissepó Garriga
**JEAN PAUL VISSEPÓ GARRIGA**
U.S.D.C. No. 221504
PO Box 367116
San Juan, PR 00936-7116
Tel. (787) 633-9601
E-mail: jp@vissepolaw.com.

**J. Barton Goplerud**

3

**Andrew B. Howie**
**Brandon Bohlman**
SHINDLER ANDERSON,
& GOPLERUD, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Tel: (515) 223-4567
Fax: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: howie@sagwlaw.com
Email: bohlman@sagwlaw.com

**ATTORNEYS FOR PLAINTIFFS**