## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INSPECTORA CLARA I. ROSA RIVERA et als<br><br>**Plaintiff**<br><br>vs.<br><br>MUNICIPIO DE SAN JUAN, et als<br><br>**Defendants** | Civil No.: 16-cv-1465 (JAG)<br><br>Jury Trial is Demanded. |

## MOTION CONSENTING TO
## WITHDRAWAL OF DEPOSITED FUNDS

**TO THE HONORABLE COURT:**

**COMES NOW,** Defendant, Municipality of San Juan, through the undersigned counsel and very respectfully states, alleges and prays as follows:

**1.** On September 5, 2023, Defendant, Municipality of San Juan, filed a motion titled "*Motion Consigning Payment*" in which the second (2nd) payment of $500,000.00 was consigned in the court in accordance with the settlement between the parties. (Docket No. 347).

**2.** Subsequently, on September 13, 2023. Plaintiffs filed a motion for disbursement of Funds Issuance of check for when the funds became available. (Docket No. 348).

**3.** The Municipality of San Juan hereby consents to the withdrawal by Plaintiffs of the deposited funds so they may be distributed in accordance with the settlement agreement.

**WHEREFORE, i**t is very respectfully requested from this Honorable Court to take notice of the above.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on October 5, 2023.

**I HEREBY CERTIFY**: That on this same date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record to their E-Mail Addresses.

**s/RICARDO PASCUAL-VILLARONGA**
**USDC-PR-209402**
**Attorney for the MSJ**
PMB 479
1353 Ave. Luis Vigoreaux Guaynabo, PR. 00966
Tel.: (787) 510-4883
Fax: (787) 273-1540
E-Mail: ripascual36@gmail.com