### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INSPECTOR CLARA I. ROSA RIVERA, ET AL<br><br>PLAINTIFFS<br><br>V.<br><br>MUNICIPALITY OF SAN JUAN, ET AL<br><br>DEFENDANTS | CIVIL NO.  16-01465 (JAG )<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

### MOTION CONSIGNING PAYMENT

**TO:    THE HONORABLE COURT:**

**COME NOW, Defendant MUNICIPALITY OF SAN JUAN, ("MSJ"),** through its legal representative and very respectfully state, allege, and request as follows:

1. Pursuant to the settlement agreement reached by the parties, the Municipality of San Juan hereby consigns check # 641435 in the amount of $500,000 on behalf of the Clerk of the USDC as the third payment of the settlement[1].

**WHEREFORE,** it is very respectfully requested from this Honorable Court that it take notice of the foregoing.

**RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, on October 9, 2024.**

**I HEREBY CERTIFY**: That on this same date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record to their E-Mail Addresses.

---

[1] Said payment will be personally consigned by the undersigned tomorrow at the Clerk's Office of the USDC-PR. The third payment is pursuant to the settlement by the parties (see Docket # 340-2) to be consigned during 2024-2025 fiscal year.

**s/RICARDO PASCUAL-VILLARONGA**
**USDC-PR-209402**
**Attorney for the MSJ**
PMB 479
1353 Ave. Luis Vigoreaux
Guaynabo, PR.   00966
Tel.: (787) 510-4883
Fax: (787) 273-1540
E-Mail: ripascual36@gmail.com