CLERKS OFFICE US DISTRICT COURT

US COURT HOUSE
150 CARLOS CHARDON STREET
HATO REY, PR  00918

*Asuntos Legales*

**MUNICIPIO DE SAN JUAN**

1959044

SJ-04717389

| FECHA DE PAGO | NOMBRE DE SUPLIDOR | NUMERO | NUMERO CHEQUE |
|---|---|---|---|
| 27-SEP-24 | CLERKS OFFICE US DISTRICT COURT | ***** | 641435 |

| FACTURA | FECHA | DESCRIPCION | IMP./DESC | DB/CR | CANTIDAD |
|---|---|---|---|---|---|
| SEPTIEMBRE | 04-SEP-24 | CASO NUM.16-1465 3ER PAGO SEPT | 0.00 | | 500000.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 500,000.00 |

*MUNICIPIO DE SAN JUAN*

THIS CHECK IS VOID WITHOUT A BLUE BACKGROUND AND WATERMARKED PAPER-DO NOT ACCEPT WITHOUT NOTING WATERMARK-HOLD TO LIGHT TO VERIFY WATERMARK



**MUNICIPIO DE SAN JUAN**

101-201
215

| FECHA CHEQUE | NUMERO CHEQUE | CANTIDAD |
|---|---|---|
| 27-SEP-24 | 641435 | ****500,000.00 |

BANCO POPULAR
POPULAR CENTER
HATO, REY, PR

000011
NO ES VALIDO DESPUES DE SEIS MESES DE EMITIDO

PAGUESE  *Five Hundred Thousand and NO/100 Dollars*

A LA
ORDEN DE  **CLERKS OFFICE US DISTRICT COURT**

US COURT HOUSE
150 CARLOS CHARDON STREET
HATO REY, PR  00918

ESTADO LIBRE ASOCIADO DE PUERTO RICO

⑈00641435⑈  ⑈021502011⑈030⑈094917⑈

PARA ABRIR, VE

ISTRUCCIONES AL DORSO

0310044/90 ©2022. RR DonorTroy. All rights reserved  0867