# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INSPECTOR CLARA I. ROSA RIVERA, ET AL<br><br>PLAINTIFFS<br><br>V.<br><br>MUNICIPALITY OF SAN JUAN, ET AL<br><br>DEFENDANTS | CIVIL NO. 16-01465 (JAG)<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

## MOTION CONSIGNING PAYMENT

**TO:   THE HONORABLE COURT:**

**COME NOW, Defendant MUNICIPALITY OF SAN JUAN, ("MSJ"),** through its legal representative and very respectfully state, allege, and request as follows:

1. Through Motion of October 9, 2024 (Docket # 351), it was informed that the third payment of settlement reached by the parties would be consigned on October 10, 2024.

2. On October 10, 2024, the Hon. Clerk of this Honorable Court did not accept the third payment since it was made, by error, on behalf of the "Clerks **Office,** US District Court". See Docket # 351.

3. A new check has been issued by the MSJ correcting the error.

4. Pursuant to the settlement agreement reached by the parties, the Municipality of San Juan hereby consigns check # 146651 in the amount of $500,000 on

behalf of the "Clerk, US District Court" as the third payment of the settlement[1]. See Exhibit I hereby attach-check #146651.

**WHEREFORE,** it is very respectfully requested from this Honorable Court that it take notice of the foregoing.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, on October 21, 2024.

**I HEREBY CERTIFY**: That on this same date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record to their E-Mail Addresses.

**s/RICARDO PASCUAL-VILLARONGA**
**USDC-PR-209402**
**Attorney for the MSJ**
PMB 479
1353 Ave. Luis Vigoreaux
Guaynabo, PR.   00966
Tel.: (787) 510-4883
Fax: (787) 273-1540
E-Mail: ripascual36@gmail.com

---

[1] Said payment will be personally consigned tomorrow by the undersigned at the Clerk's Office of the USDC-PR. The third payment is pursuant to the settlement by the parties (see Docket # 340-2) to be consigned during 2024-2025 fiscal year.