PARA ABRIR, VEA

INSTRUCCIONES AL DORSO

CLERKS US DISTRICT COURT

US COURT HOUSE
150 CARLOS CHARDON STREET
HATO REY, PR  00918

1966208

**MUNICIPIO DE SAN JUAN**          **SJ-04720258**

| FECHA DE PAGO | NOMBRE DE SUPLIDOR | NUMERO | NUMERO CHEQUE |
|---|---|---|---|
| 17-OCT-24 | *CLERKS US DISTRICT COURT* | ***** | 146651 |

| FACTURA | FECHA | DESCRIPCION | IMP /DESC | DB/CR | CANTIDAD |
|---|---|---|---|---|---|
| SEPTIEMBRE | 04-SEP-24 | CASO NUM.16-1465 3ER PAGO SEPT | 0.00 | | 500000.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | 0.00 | | 0.00 |
| | | | **0.00** | | **500,000.00** |

*MUNICIPIO DE SAN JUAN*

THIS CHECK IS VOID WITHOUT A BLUE BACKGROUND AND WATERMARKED PAPER-DO NOT ACCEPT WITHOUT NOTING WATERMARK-HOLD TO LIGHT TO VERIFY WATERMARK

**MUNICIPIO DE SAN JUAN**          101-201 / 215

| FECHA CHEQUE | NUMERO CHEQUE | CANTIDAD |
|---|---|---|
| 17-OCT-24 | 146651 | ****500,000.00 |

000001
NO ES VALIDO DESPUES DE SEIS MESES DE EMITIDO

BANCO POPULAR
POPULAR CENTER
HATO, REY, PR

PAGUESE *Five Hundred Thousand and NO/100 Dollars*

A LA **CLERKS US DISTRICT COURT**
ORDEN DE

US COURT HOUSE
150 CARLOS CHARDON STREET
HATO REY, PR  00918

*AM Delgado*

ESTADO LIBRE ASOCIADO DE PUERTO RICO

⑈00146651⑈ ⑈0215020⑈⑈030⑈09491⑈⑈