### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INSPECTOR CLARA I. ROSA RIVERA, ET AL<br><br>PLAINTIFFS<br><br>V.<br><br>MUNICIPALITY OF SAN JUAN, ET AL<br><br>DEFENDANTS | CIVIL NO.  16-01465 (JAG)<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

### MOTION CONSIGNING PAYMENT

**TO:   THE HONORABLE COURT:**

**COME NOW, Defendant MUNICIPALITY OF SAN JUAN, ("MSJ"),** through its legal representative and very respectfully state, allege, and request as follows:

1. Through Motion of October 21, 2024 (Docket # 353), it was informed that the third payment of settlement reached by the parties would be consigned on October 22, 2024.

*2.* On October 23, 2024, the Hon. Clerk of this Honorable Court did not accept the third payment since it was not a certified check. *The undersigned attorney sincerely apologizes to the Plaintiffs and to this Honorable Court for the confusion in the issuing of the third settlement payment.*

3. A certified check has been issued by the MSJ. See copy enclosed.

4. Pursuant to the settlement agreement reached by the parties, the Municipality of San Juan hereby consigns certified check # 103103000124786  in the

amount of $500,000 on behalf of the "Clerk, US District Court" as the third payment of the settlement[1]. See Exhibit I hereby attach-check #103103000124786.

**WHEREFORE,** it is very respectfully requested from this Honorable Court that it take notice of the foregoing.

**RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, on October 28, 2024.**

**I HEREBY CERTIFY**: That on this same date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record to their E-Mail Addresses.

    **s/RICARDO PASCUAL-VILLARONGA**
    **USDC-PR-209402**
    **Attorney for the MSJ**
    PMB 479
    1353 Ave. Luis Vigoreaux
    Guaynabo, PR.  00966
    Tel.: (787) 510-4883
    Fax: (787) 273-1540
    E-Mail: ripascual36@gmail.com

---

[1] Said payment will be personally consigned tomorrow by the undersigned at the Clerk's Office of the USDC-PR. The third payment is pursuant to the settlement by the parties (see Docket # 340-2) to be consigned during 2024-2025 fiscal year.