# BANCO POPULAR.

PO Box 362708 San Juan, Puerto Rico 00936-2708
Popular Center

**OFFICIAL CHECK**
**CUSTOMER RECEIPT AND AGREEMENT**

Payee: CLERKS US DISTRICT COURT

Check No. **103103000124786**

Date: 10/25/2024

Remitter: MUNICIPIO DE SAN JUAN

| | |
|---|---:|
| Amount: | $500,000.00 |
| Fee: | $10.00 |
| Total: | $500,010.00 |

030 PR41444 615 10/25/2024 03:03 PM BankChecks

**NOTICE TO CUSTOMERS:**
You usually cannot stop payment of the attached check after you send it to the payee. If it is lost, stolen, or destroyed, notify Source Bank immediately. You may be required to buy an indemnity or surety bond before a replacement or refund is issued.

CHK-001 / 3-19

---

THIS DOCUMENT HAS A VOID PANTOGRAPH - BORDER CONTAINS MICROPRINTING AND A TRUE WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

# BANCO POPULAR.

PO Box 362708 San Juan, Puerto Rico 00936-2708
Popular Center

101-201
.215

**OFFICIAL CHECK**

Check No. **103103000124786**

Date: 10/25/2024

PAY: *FIVE HUNDRED THOUSAND DOLLARS AND 00/100*

**$500,000.00**
DOLLAR FIVE ZERO ZERO COMMA ZERO ZERO ZERO PERIOD ZERO ZERO

Over $25,000.00 Two Signature Required.

TO THE ORDER OF    CLERKS US DISTRICT COURT

Authorized Signature

Remitter: MUNICIPIO DE SAN JUAN
FDIC Member and Federal Reserve System

Authorized Signature

⑃000124786⑃ ⑆021502011⑆ 000⑉010316⑉