THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **INSPECTOR CLARA I. ROSA RIVERA,** ) <br> **CAPT. SANDRA HERNANDEZ COLÓN,** ) <br> **CAPT. ELSA PAGAN VILLAFAÑE, CAPT.** ) <br> **ANDRES CRUZ GARCIA, CAPT. ALBERTO** ) <br> **M. SANCHEZ CRUZ, CAPT. REINALDO** ) <br> **RODRIGUEZ LUCENA, CAPT. ISMAEL** ) <br> **RIVERA, LT. JAVIER TORRES ROSADO, LT.** ) <br> **JESUS MONTAÑEZ RIVERA, LT. FELIPE** ) <br> **ROSA HERNANDEZ, LT. ANGEL M.** ) <br> **FIGUEROA ANGULO, LT. PEDRO RIVERA** ) <br> **RESTO, LT. JORGE REXACH HERNANDEZ,** ) <br> **LT. MANUEL RIVERA GOMEZ, LT.** ) <br> **RICARDO ORENGO TORRES, LT. JUAN** ) <br> **CONCEPCION, LT. JOSE R. DELGADO** ) <br> **MORENO, LT. JAVIER SALDAÑA ROBLES,** ) <br> **LT. ADALBERTO JUSINO RODRIGUEZ, LT.** ) <br> **EDGAR RAMOS RODRIGUEZ, LT.** ) <br> **RADAMES RIVERA COLÓN, LT. RAFAEL** ) <br> **VAZQUEZ ROSADO, LT. SONIA N.** ) <br> **GONZALEZ CRUZADO, LT. FRANCISCO J.** ) <br> **GARCIA CLAUDIO, LT. EDGARDO LOPEZ** ) <br> **DE VICTORIA ALOMAR, LT. CARLOS A.** ) <br> **NEGRON AVILES, LT. WILBERTO SOTO** ) <br> **ORTIZ, LT. EDUARDO ORTIZ and their** ) <br> **respective conjugal partnerships,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **MUNICIPIO DE SAN JUAN, GUILLERMO** ) <br> **CALIXTO RODRIGUEZ,** in his official ) <br> capacity, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:16-1465 (JAG) |

1

## MOTION REQUESTING THAT CHECK BE ISSUED

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiffs and respectfully state and pray:

1. Pursuant to the terms of a settlement agreement among the parties, Defendants have deposited a check with this Honorable Court. Once the funds are available, Plaintiffs very respectfully ask this Court to issue a check in the name of Jane Becker Whitaker, Cuenta de Fondos CIFAA.

**WHEREFORE,** plaintiffs very respectfully ask this Honorable Court to issue a check in the amount deposited in Court in the name of Jane Becker Whitaker, Cuenta de Fondos CIFAA.

**RESPECTFULLY SUBMITTED**

This 29th day of October 2024 in San Juan, Puerto Rico.

**WE HEREBY CERTIFY** that we have filed this Motion with the ECF system, which system has notified all counsel of record.

Respectfully Submitted,

/s/Jane Becker Whitaker
**Jane A. Becker Whitaker**
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914
Tel: (787) 585-3824
Email: janebeckerwhitaker@gmail.com
       janebeckerwhitaker@yahoo.com

/s/Jean Paul Vissepó Garriga
**JEAN PAUL VISSEPÓ GARRIGA**
U.S.D.C. No. 221504
PO Box 367116
San Juan, PR 00936-7116
Tel. (787) 633-9601
E-mail: jp@vissepolaw.com.

**J. Barton Goplerud**

**Andrew B. Howie**
**Brandon Bohlman**
SHINDLER ANDERSON,
& GOPLERUD, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Tel: (515) 223-4567
Fax: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: howie@sagwlaw.com
Email: bohlman@sagwlaw.com

**ATTORNEYS FOR PLAINTIFFS**