## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INSPECTOR CLARA I. ROSA RIVERA, ET AL | CIVIL NO. 16-01465 (JAG) |
| PLAINTIFFS | |
| V. | PLAINTIFFS DEMAND TRIAL BY JURY |
| MUNICIPALITY OF SAN JUAN, ET AL | |
| DEFENDANTS | |

### MOTION CONSIGNING THE FOURTH AND LAST PAYMENT

**TO:   THE HONORABLE COURT:**

**COME NOW, Defendant MUNICIPALITY OF SAN JUAN, ("MSJ"),** through its legal representative and very respectfully state, allege, and request as follows:

1.   Pursuant to the settlement agreement reached by the parties, the Municipality of San Juan hereby consigns certified check # 103103000128027 in the amount of $500,000 on behalf of the "Clerk**,** US District Court" as the fourth and last payment of the settlement reached by the parties[1]. See Exhibit I hereby attach-check #103103000128027.

**WHEREFORE,** it is very respectfully requested from this Honorable Court that it take notice of the foregoing.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, on September 6, **2025.**

---

[1] Said payment will be personally consigned on or before Tuesday Sept. 9 by the undersigned at the Clerk's Office of the USDC-PR. The fourth and last payment is pursuant to the settlement by the parties (see Docket # 340-2) to be consigned during 2025-2065 fiscal year.

**I HEREBY CERTIFY**: That on this same date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record to their E-Mail Addresses.

<u>**s/RICARDO PASCUAL-VILLARONGA**</u>
<u>**USDC-PR-209402**</u>
**Attorney for the MSJ**
PMB 479
1353 Ave. Luis Vigoreaux
Guaynabo, PR.   00966
Tel.: (787) 510-4883
Fax: (787) 273-1540
E-Mail: ripascual36@gmail.com