**BANCO POPULAR®**
PO Box 362708 San Juan, Puerto Rico 00936-2708
Popular Center

**OFFICIAL CHECK**

Check No. **1031030001280274**
Date: 08/29/2025

PAY: *FIVE HUNDRED THOUSAND DOLLARS AND 00/100*

TO THE ORDER OF   CLERKS US DISTRICT COURT

MEMO CASO NUM 16 1465

Remitter: MUNICIPIO DE SAN JUAN
FDIC Member and Federal Reserve System

Authorized Signature
Authorized Signature

$500,000.00
Over $25,000.00 Two Signature Required

THIS DOCUMENT HAS A VOID PANTOGRAPH - BORDER CONTAINS MICROPRINTING AND A TRUE WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

⑆030001280⑆ ⑉021⑈502011⑈ 0000⑉0103168⑉